PER CURIAM.
 

 Upon review of Appellant’s response to this court’s February 2, 2010, order to show cause, we DISMISS this appeal for lack of jurisdiction.
 
 See
 
 Fla. R. Admin. C. 60Q-6.122(3) (noting motion for rehearing does not toll time for appeal);
 
 Mortellaro & Sinadinos, PLLC v. Countrywide Home Loans,
 
 14 So.3d 278 (Fla. 1st DCA 2009) (holding order on rehearing is not appeal-able in its own right);
 
 see also, e.g., Metro. Dade County v. Vasquez,
 
 659 So.2d 355, 356 (Fla. 1st DCA 1995) (dismissing untimely appeal for lack of jurisdiction).
 

 HAWKES, C.J., WETHERELL and ROWE, JJ., concur.